# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARCUS RICHARDSON (#628267)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

19-634-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson, on August 19, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY** ORDERED the petitioner's application for habeas corpus relief is denied and this proceeding is dismissed with prejudice. In the event the petitioner pursues an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana the 12 day of September, 2022.

*Shelly Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.